UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAVON HALL,<br><br>Defendant. | Case No.  16-cr-875-JAH<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |

Pending before the Court is Defendant Lavon Hall's ("Mr. Hall") Motion for Early Termination of Supervised Release.  ("Mot.", ECF No. 740).  Mr. Hall's motion represents that the Government "takes no position on whether the [motion] should be granted . . . [and] Probation opposes early termination[.]" Mot. at 1.  Upon consideration of the motion and for good cause, IT IS HEREBY ORDERED the motion is granted.  Mr. Hall's term of supervised release is to be terminated on August 30, 2022.

DATED: August 23, 2022

Hon. John A. Houston, Judge
United States District Court